JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENCE MILDRED HOLMES, ) | CASE NO. CV11-00872-AHM (FMOx) |
| Plaintiff(s), ) | ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |
| v. ) | |
| CITY OF LOS ANGELES, et al., ) | |
| Defendant(s). ) | |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: January 18, 2012

_____
A. Howard Matz
United States District Court Judge

**JS-6**